JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LONZELL HUNTER,<br><br>    Plaintiff,<br><br>v.<br><br>SONY MUSIC ENTERTAINMENT,<br><br>    Defendant. | Case No. 2:24-cv-08501-SB-AGR<br><br>FINAL JUDGMENT |

    For the reasons stated in the separate order granting Defendant's motion to dismiss entered this day, Plaintiff Lonzell Hunter's claims are dismissed for failure to state a claim.

    This is a final judgment.

Date: October 30, 2024

                                             Stanley Blumenfeld, Jr.
                                             United States District Judge